# Exhibit H

 

Dr. Alfredo De Jesús O.
De Jesús & De Jesús
20, rue Quentin Bauchart
75008 Paris, France

NEW YORK
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 277 4000
F +1 212 277 4001
E elliot.friedman@freshfields.com
W freshfields.com

**By Email**

11 March 2019

***ConocoPhillips Petrozuata B.V., et al. v. Bolivarian Republic of Venezuela*** (ICSID Case No. ARB/07/30)

Dear Dr. De Jesús:

We write in reference to the Tribunal's Award of 8 March 2019 in the above-referenced proceeding. Please request that your client remit payment to satisfy the Award without delay. Claimants' wire transfer details are as follows:

**US Dollar Payments**

| | |
|---|---|
| Payee: | ConocoPhillips Company |
| Financial Institution: | ■■■ |
| Address: | ■■■ |
| SWIFT: | ■■■ |
| Account/IBAN: | ■■■ |
| Intermediary Bank: | ■■■ |
| SWIFT: | ■■■ |

**EURO Payments**

| | |
|---|---|
| Payee: | ConocoPhillips Company |
| Financial Institution: | ■■■ |
| Address: | ■■■ |
| SWIFT: | ■■■ |
| Account/IBAN: | ■■■ |

Yours sincerely,

Elliot Friedman                                   Constantine Partasides QC

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany