# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>*Petitioners,*<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Respondent.* | Civil Action No. 1:19-cv-00683 (CJN) |

## ORDER DIRECTING PETITIONERS TO SHOW CAUSE

Petitioners filed this civil action on March 11, 2019, and the Clerk of Court issued a summons on March 12, 2019. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice . . . or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The ninety-day period having run, and the record not reflecting that service has occurred, it is

**ORDERED** that Petitioners shall show cause by September 6, 2019, why this action should not be dismissed. If Petitioners are still attempting service, they shall update the Court on their efforts to effect service in their filing. If Petitioners do not file a written response by that date, the Court will dismiss the case pursuant to Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23 for failure to prosecute.

DATE:  August 22, 2019

_____
CARL J. NICHOLS
United States District Judge