# EXHIBIT A

*ConocoPhillips Petrozuata B.V., et al. v. Bolivarian Republic of Venezuela*,
Case 1:19-cv-00683-CJN

We use cookies on our website. Cookies are used to improve the functionality and use of our internet site, as well as for analytic and advertising purposes. To learn more about cookies, how we use them and how to change your cookie settings find out more here. By continuing to use this site without changing your settings you consent to our use of cookies.



English    Contact Center    Country/Region Profile

## Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

**Result Summary**

| Waybill: 7436934083 | Monday, April 29, 2019 at 11:51 | 1 Piece |
|---|---|---|
| Signed for by: ALEXIS PAREDES | Origin Service Area: NEW YORK, NY - NEW YORK - USA | |
| Get Signature Proof of Delivery | Destination Service Area: CARACAS - CARACAS - VENEZUELA | |

| Monday, April 29, 2019 | | Location | Time | Piece |
|---|---|---|---|---|
| 20 | Delivered - Signed for by: ALEXIS PAREDES | CARACAS | 11:51 | 1 Piece |
| 19 | With delivery courier | CARACAS - VENEZUELA | 09:32 | 1 Piece |
| **Friday, April 26, 2019** | | **Location** | **Time** | **Piece** |
| 18 | Arrived at Sort Facility CARACAS - VENEZUELA | CARACAS - VENEZUELA | 16:48 | 1 Piece |
| 17 | Departed Facility in MAIQUETIA - VENEZUELA | MAIQUETIA - VENEZUELA | 14:55 | 1 Piece |
| 16 | Processed at MAIQUETIA - VENEZUELA | MAIQUETIA - VENEZUELA | 12:46 | 1 Piece |
| 15 | Clearance processing complete at MAIQUETIA - VENEZUELA | MAIQUETIA - VENEZUELA | 12:43 | 1 Piece |
| 14 | Clearance event | MAIQUETIA - VENEZUELA | 09:40 | 1 Piece |
| 13 | Processed for clearance at MAIQUETIA - VENEZUELA | MAIQUETIA - VENEZUELA | 09:31 | 1 Piece |
| 12 | Arrived at Sort Facility MAIQUETIA - VENEZUELA | MAIQUETIA - VENEZUELA | 07:42 | 1 Piece |
| **Thursday, April 25, 2019** | | **Location** | **Time** | **Piece** |
| 11 | Departed Facility in PANAMA CITY - PANAMA | PANAMA CITY - PANAMA | 13:53 | 1 Piece |
| **Wednesday, April 24, 2019** | | **Location** | **Time** | **Piece** |
| 10 | Processed at PANAMA CITY - PANAMA | PANAMA CITY - PANAMA | 17:17 | 1 Piece |
| 9 | Arrived at Sort Facility PANAMA CITY - PANAMA | PANAMA CITY - PANAMA | 15:38 | 1 Piece |
| 8 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:24 | 1 Piece |
| 7 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 01:44 | 1 Piece |
| 6 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 00:51 | 1 Piece |
| **Tuesday, April 23, 2019** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in ELIZABETH - USA | ELIZABETH, NJ - USA | 22:32 | 1 Piece |
| 4 | Processed at ELIZABETH - USA | ELIZABETH, NJ - USA | 22:28 | 1 Piece |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22:01 | 1 Piece |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22:01 | 1 Piece |
| 1 | Shipment picked up | NEW YORK, NY - USA | 17:59 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please   contact  DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group