## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>　　　　　　　　Petitioners,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　　　　Respondent. | Civil Action No. 1:19-cv-00683 (CJN) |

### STATUS REPORT REGARDING SERVICE OF PROCESS

1.　　Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report Regarding Service of Process in response to the Court's October 4, 2019 Order, which directed Petitioners to update the Court, by November 1, 2019, on Petitioners' efforts to effect service on the Bolivarian Republic of Venezuela ("Venezuela").

2.　　As noted in Petitioners' Status Report Regarding Service of Process dated September 26, 2019, ECF No. 14, Petitioners have been attempting to serve Venezuela in the manner prescribed by the Foreign Sovereign Immunities Act since commencing this action. Petitioners were not able to serve Venezuela under 28 U.S.C. § 1608(a)(1), because no special arrangement for service exists between Petitioners and Venezuela. Petitioners were unsuccessful in attempting service under 28 U.S.C. § 1608(a)(2), via the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 63 ("Hague Service Convention"), because the Venezuelan Central Authority has not returned a completed certificate of service to Petitioners despite having received all materials necessary for service on April 29, 2019. Petitioners were not able to serve

Venezuela through 28 U.S.C. § 1608(a)(3) because Venezuela formally objected to service by mail under the Hague Service Convention.

3. Therefore, on September 26, 2019, Petitioners submitted to the office of the Clerk of the Court a request that service be effected on Venezuela via diplomatic channels. *See* 28 U.S.C. § 1608(a)(4); Affidavit Requesting Foreign Mailing, ECF No. 15. On September 27, 2019, Petitioners delivered to the Clerk of the Court two copies of the English and Spanish versions of all papers required for service under 28 U.S.C. § 1608(a)(4), including the summons (ECF No. 8), Petitioners' Petition to Recognize and Enforce an ICSID Arbitration Award (ECF No. 1), and a notice of suit. On October 3, 2019, the Clerk of the Court filed a Certificate of Mailing certifying that the papers required for diplomatic service had been properly mailed to the United States Department of State. *See* Certificate of Clerk, ECF No. 17.

4. The next step for service under 28 U.S.C. § 1608(a)(4) is for the Director of Special Consular Services at the United States Department of State to transmit one copy of the papers through diplomatic channels to Venezuela. The Director of Special Consular Services will then send to the Clerk of the Court a certified copy of the diplomatic note indicating when the papers were transmitted to Venezuela. *See* 28 U.S.C. § 1608(a)(4). Service will be effective on the date of the transmittal indicated in the certified copy of the diplomatic note. *See* 28 U.S.C. § 1608(c)(1). So far as Petitioners are aware, no such certified copy has yet been transmitted to the Clerk of the Court.

Dated: October 31, 2019
New York, New York

Respectfully submitted,
By: _____/s/ Elliot Friedman_____

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (admitted *pro hac vice*)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:   212-277-4000
Fax:   212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South, Room 508
New York, New York 10012
Tel:   212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:   202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.*