## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al., | |
| Petitioners, | Civil Action No. 1:19-cv-00683 (CJN) |
| v. | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| Respondent. | |

### STATUS REPORT REGARDING SERVICE OF PROCESS

1.      Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report Regarding Service of Process in response to the Court's November 1, 2019 Order, which directed Petitioners to update the Court, by December 2, 2019, on Petitioners' efforts to effect service on the Bolivarian Republic of Venezuela ("Venezuela").

2.      As noted in Petitioners' Status Report Regarding Service of Process dated October 31, 2019, ECF No. 18, Petitioners are attempting to serve Venezuela via diplomatic channels.  *See* 28 U.S.C. § 1608(a)(4).  On October 3, 2019, the Clerk of the Court filed a Certificate of Mailing certifying that the papers required for diplomatic service had been properly mailed to the United States Department of State.  *See* Certificate of Clerk, ECF No. 17.

3.      The next step for service under 28 U.S.C. § 1608(a)(4) is for the Director of Special Consular Services at the United States Department of State to transmit one copy of the papers through diplomatic channels to Venezuela.  The Director of Special Consular Services will then send to the Clerk of the Court a certified copy of the diplomatic note indicating when the papers were transmitted to Venezuela.  *See* 28 U.S.C. § 1608(a)(4).  Service will be effective on the date

of the transmittal indicated in the certified copy of the diplomatic note.  *See* 28 U.S.C. § 1608(c)(1).

4.     Petitioners are still awaiting transmittal of the diplomatic note to Venezuela by the Director of Special Consular Services at the United States Department of State.  Petitioners have attempted to contact the Office of Legal Affairs at the United States Department of State via telephone and email to receive an update on service of Venezuela.  As of today's date, Petitioners have not heard back from the Office of Legal Affairs, and, so far as Petitioners are aware, no certified copy of the diplomatic note has yet been transmitted to the Clerk of the Court.

Dated: December 2, 2019
       New York, New York

Respectfully submitted,

By: _____/s/ Elliot Friedman_____

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (admitted *pro hac vice*)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:    212-277-4000
Fax:    212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:    212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:    202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys    for    ConocoPhillips    Petrozuata    B.V.,
ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of
Paria B.V.*