

United States Department of State

Washington, D.C.   20520

# CERTIFICATION OF DIPLOMATIC NOTE

19cv683 CRC

I, William P. Fritzlen, Acting Director of the Office of Legal Affairs in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated and delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC on January 10, 2020.

*William P. Fritzlen*

William P. Fritzlen, Acting Director
Office of Legal Affairs
Overseas Citizen Services

January 13, 2020



RECEIVED
Mail Room

JAN 16 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia