# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>                Petitioners,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                Respondent. | Civil Action No. 1:19-cv-00683 (CJN) |

## STATUS REPORT REGARDING SERVICE OF PROCESS

1.  Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report Regarding Service of Process in response to the Court's January 2, 2020 Order, which directed Petitioners to update the Court, by January 17, 2020, on Petitioners' efforts to effect service on the Bolivarian Republic of Venezuela ("Venezuela").

2.  As noted in Petitioners' Status Report Regarding Service of Process dated October 31, 2019, ECF No. 18, Petitioners have sought service on Venezuela via diplomatic channels. *See* 28 U.S.C. § 1608(a)(4).

3.  On January 17, 2020, the Clerk of the Court received a certified copy of the diplomatic note stating that the papers required for diplomatic service (the "Papers") were transmitted by the United States Department of State through diplomatic channels to Venezuela on January 10, 2020. *See* Return of Service/Affidavit of Summons and Complaint Executed as to Bolivarian Republic of Venezuela, ECF No. 20.

4.   Under 28 U.S.C. § 1608(c)(1), service on Venezuela was accomplished on the date of the transmittal of the Papers as indicated in the certified copy of the diplomatic note, that is, January 10, 2020.  Venezuela now has 60 days (until March 10, 2020) to appear.  *See* 28 U.S.C. 1608(d).

5.   Petitioners also wish to inform the Court that on December 16, 2019, Petitioners received a communication from the Secretary-General of the International Center for Settlement of Investment Disputes ("ICSID") informing Petitioners that ICSID had registered an application by Venezuela to annul the arbitration award underlying this proceeding.  Under Article 52(5) of the ICSID Convention, enforcement of the award is automatically provisionally stayed until the *ad hoc* Committee appointed by ICSID to rule on Venezuela's application for annulment decides whether the stay should be continued.  Petitioners will not seek an entry of judgment until the provisional stay of enforcement has been lifted.

Dated: January 17, 2020
       New York, New York

                                        Respectfully submitted,
                                        By:          /s/ Elliot Friedman

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (admitted *pro hac vice*)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:   212-277-4000
Fax:   212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:    212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:    202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.*