# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>　　　　　　　　Petitioners,<br><br>　　　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　　　　Respondent. | Civil Action No. 1:19-cv-00683 (CJN) |

## STATUS REPORT

1.　　Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report pursuant to the Court's January 21, 2020 Minute Order, which requested that Petitioners file an update with the Court by March 2, 2020, concerning the application by the Bolivarian Republic of Venezuela ("Venezuela") to annul the arbitration award underlying this proceeding.

2.　　As noted in Petitioners' Status Report Regarding Service of Process dated January 17, 2020, ECF No. 21, the International Center for Settlement of Investment Disputes ("ICSID") informed Petitioners on December 16, 2019, that it had registered Venezuela's application to annul the award (the "Application"). Venezuela's Application included a request that enforcement of the award be stayed pending a decision on its Application. Under Article 52(5) of the ICSID Convention, enforcement of the award is automatically provisionally stayed until the *ad hoc* Committee appointed by ICSID to rule on Venezuela's Application decides whether the stay should be continued.

3.　　On February 3, 2020, ICSID informed the parties that an *ad hoc* Committee had been constituted to rule on Venezuela's Application.

4.     On February 4, 2020, Petitioners filed with the *ad hoc* Committee an opposition to Venezuela's request to continue the stay of enforcement of the award. Venezuela's response to that submission is due by March 16, 2020. Pursuant to the ICSID Arbitration Rules, the *ad hoc* Committee has extended the provisional stay of enforcement until it has heard from Petitioners and Venezuela regarding whether the stay should be continued. The *ad hoc* Committee has indicated that it will likely convene a hearing on this issue during the week of April 13, 2020, although the details have not yet been confirmed.

Dated: March 2, 2020
       New York, New York

Respectfully submitted,
By:        /s/ Elliot Friedman

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (D.C. Bar No. NY0321)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:   212-277-4000
Fax:   212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:   212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:    202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.*