IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>                    Petitioners,<br><br>              v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                    Respondent. | Civil Action No. 1:19-cv-00683 (CJN) |

**STATUS REPORT**

1.    Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report pursuant to the Court's April 21, 2020 Minute Order, which requested that Petitioners file an update with the Court by June 8, 2020, concerning the application by the Bolivarian Republic of Venezuela ("Venezuela") to annul the arbitration award underlying this proceeding.

2.    As noted in Petitioners' Status Report Regarding Service of Process dated January 17, 2020, ECF No. 21, service was accomplished on Venezuela on January 10, 2020.  In that Status Report, Petitioners also noted that the International Centre for Settlement of Investment Disputes ("ICSID") informed Petitioners on December 16, 2019, that it had registered Venezuela's application to annul the award (the "Application").  Venezuela's Application included a request that enforcement of the award be stayed pending a decision on its Application.  Under Article 52(5) of the ICSID Convention, enforcement of the award is automatically provisionally stayed until the *ad hoc* Committee appointed by ICSID to rule on Venezuela's Application decides whether the stay should be continued.

3.      As noted in Petitioners' Status Report dated April 20, 2020, ECF No. 24, Venezuela filed a request to disqualify all members of the *ad hoc* Committee (the "Disqualification Request") on April 16, 2020—after the parties had filed multiple rounds of submissions concerning Venezuela's request to continue the stay of enforcement of the Award,[1] and just fourteen hours before the hearing on that issue was scheduled to begin.[2]  As a consequence, and in accordance with standard ICSID procedure when a party files a challenge against a member of an *ad hoc* committee, ICSID has temporarily suspended the annulment proceeding.  The parties are awaiting ICSID's decision regarding the Disqualification Request.

Dated: June 8, 2020
       New York, New York

                                            Respectfully submitted,
                                            By:         /s/ Elliot Friedman

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (D.C. Bar No. NY0321)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:   212-277-4000
Fax:  212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

---

[1] Among Venezuela's submissions was an acknowledgement of the proceeding before this Court.

[2] Venezuela's Disqualification Request, which challenges the impartiality of the *ad hoc* Committee, is simply the latest frivolous attempt by Venezuela to postpone the date on which Petitioners will be able to enforce the Award.  For example, during the underlying arbitration Venezuela filed a record-setting nine arbitrator challenges, all of which were manifestly lacking in merit and rejected.

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:     212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:     202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.*