**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONOCOPHILLIPS PETROZUATA B.V.,
et al.,

                Petitioners,

        v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Respondent.

Civil Action No. 1:19-cv-00683 (CJN)

**STATUS REPORT**

1.      Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report pursuant to the Court's October 22, 2020 Minute Order, which requested that Petitioners file an update with the Court by December 7, 2020, concerning the application by the Bolivarian Republic of Venezuela ("Venezuela") to annul the arbitration award underlying this proceeding.

2.      As noted in Petitioners' Status Report Regarding Service of Process dated January 17, 2020, ECF No. 21, service was accomplished on Venezuela on January 10, 2020.  In that Status Report, Petitioners also noted that the International Centre for Settlement of Investment Disputes ("ICSID") informed Petitioners on December 16, 2019, that it had registered Venezuela's application to annul the award (the "Application").  Venezuela's Application included a request that enforcement of the award be stayed pending a decision on its Application.  Under Article 52(5) of the ICSID Convention, enforcement of the award was automatically provisionally stayed until the *ad hoc* Committee appointed by ICSID to rule on Venezuela's Application issued a decision regarding whether the stay should be continued.

3.      The parties filed multiple rounds of submissions concerning Venezuela's request to continue the stay of enforcement of the award,[1] and a hearing on Venezuela's request was held on September 30, 2020.

4.      On November 2, 2020, the *ad hoc* Committee decided to lift the stay of enforcement on condition that Petitioners provide certain assurances to the *ad hoc* Committee.  *See* Ex. A (Decision on Venezuela's Request to Continue the Stay of Enforcement of the Award), ¶ 67.  In summary, the *ad hoc* Committee's decision requires Petitioners to provide a guarantee that Petitioners will repay to Venezuela funds collected through enforcement of the award if such repayment becomes necessary due to annulment of the award.  To that end, the *ad hoc* Committee has requested (*inter alia*) that Petitioners provide to the Committee an authorization from the United States Treasury's Office of Foreign Assets Control ("OFAC") allowing Petitioners to make such a repayment.[2]  Petitioners await OFAC's response to their request for that authorization.

5.      Petitioners will update the Court once the OFAC authorization is received and all the conditions set by the Committee for the lifting of the stay have been met, or earlier at the direction of the Court.

---

[1]      Among Venezuela's submissions was an acknowledgement of the proceeding before this Court.

[2]      The United States' current Venezuela-related sanctions regulations require Petitioners to have OFAC authorization to make payments of funds to sanctioned entities, including the Government of Venezuela (defined under OFAC sanctions to include the Maduro regime).  There is an existing general license authorizing transactions with the Guaidó administration.

Dated:  December 7, 2020
        New York, New York

Respectfully submitted,

By:  _____/s/ Elliot Friedman_____

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (D.C. Bar No. NY0321)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:    212-277-4000
Fax:    212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:    212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:    202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.*