IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al.,<br><br>Petitioners,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Civil Action No. 1:19-cv-00683 (CJN) |

## STATUS REPORT

1. Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") file this Status Report pursuant to the Court's December 9, 2020 Minute Order, which requested that Petitioners file an update with the Court on or before February 12, 2021, concerning the application by the Bolivarian Republic of Venezuela ("Venezuela") to annul the arbitration award underlying this proceeding.

2. As noted in Petitioners' Status Report Regarding Service of Process dated January 17, 2020, ECF No. 21, service was accomplished on Venezuela on January 10, 2020. In that Status Report, Petitioners also noted that the International Centre for Settlement of Investment Disputes ("ICSID") informed Petitioners on December 16, 2019, that it had registered Venezuela's application to annul the award (the "Application"). Venezuela's Application included a request that enforcement of the award be stayed pending a decision on its Application. Under Article 52(5) of the ICSID Convention, enforcement of the award was automatically provisionally stayed until the *ad hoc* Committee appointed by ICSID to rule on Venezuela's Application issued a decision regarding whether the stay should be continued.

1

3.      The parties filed multiple rounds of submissions concerning Venezuela's request to continue the stay of enforcement of the award,[1] and a hearing on Venezuela's request was held on September 30, 2020.

4.      On November 2, 2020, the *ad hoc* Committee decided to lift the stay of enforcement on condition that Petitioners meet certain conditions and provide certain assurances to the *ad hoc* Committee. *See* Petitioners' Status Report dated December 7, 2020. In Petitioners' view, Petitioners have now met those conditions and provided those assurances to the *ad hoc* Committee, but exchanges with the *ad hoc* Committee on these points continue.

5.      Petitioners will update the Court once the Committee rules, or earlier at the direction of the Court.

Dated: February 12, 2021
       New York, New York

Respectfully submitted,
By:  _____/s/ Elliot Friedman_____

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (D.C. Bar No. NY0321)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:    212-277-4000
Fax:    212-277-4001
*elliot.friedman@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

---

[1]    Among Venezuela's submissions was an acknowledgement of the proceeding before this Court.

D. Brian King (admitted *pro hac vice*)

New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:    212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)

1919 M Street, NW
Washington, DC 20036
Tel:    202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V.*