Default - Rule 55A                                                                                           (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

CONOCOPHILLIPS PETROZUATA B.V. et al
        Plaintiff(s)

v.

Civil Action: 19-cv-00683-CJN

BOLIVARIAN REPUBLIC OF VENEZUELA
        Defendant(s)

**RE:** BOLIVARIAN REPUBLIC OF VENEZUELA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 1/10/2020, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of October, 2021 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Erica Garmendez
Deputy Clerk