**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al., <br><br>            Petitioners, <br><br>      v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>            Respondent. | Civil Action No. 1:19-cv-00683 (CJN) |

**STATUS REPORT**

Petitioners ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of Paria B.V. (collectively, "Petitioners") respectfully provide the Court with a status update regarding the ICSID annulment proceeding.

As noted in Petitioners' Notice of Supplemental Authority (the "Notice"), dated March 17, 2022, the *ad hoc* Committee declared the annulment proceeding resumed on March 14, 2022. Notice 2. On March 18, 2022, one of the members of the *ad hoc* Committee resigned, and ICSID accordingly declared the annulment proceeding temporarily suspended until a replacement Committee member is appointed.

Petitioners will update the Court once the annulment proceeding is resumed, or earlier at the direction of the Court.

Dated: March 22, 2022
New York, New York

Respectfully submitted,

By: _____/s/ Elliot Friedman_____

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
David Y. Livshiz (D.C. Bar No. NY0269)
Sam Prevatt (admitted *pro hac vice*)
Cameron Russell (D.C. Bar No. NY0321)

601 Lexington Avenue, 31st Floor
New York, New York 10022
Tel:    212-277-4000
Fax:    212-277-4001
*elliot.friedman@freshfields.com*
*david.livshiz@freshfields.com*
*sam.prevatt@freshfields.com*
*cameron.russell@freshfields.com*

**D. Brian King** (admitted *pro hac vice*)
New York University School of Law,
40 Washington Square South
New York, New York 10012
Tel:    212-992-8175
*brian.king@dbkingarbitration.com*

**KOBRE & KIM LLP**
Michael S. Kim (D.C. Bar No. 1032401)
Marcus J. Green (D.C. Bar No. 999223)
Josef M. Klazen (D.C. Bar No. 1003749)
1919 M Street, NW
Washington, DC 20036
Tel:    202-664-1900
*michael.kim@kobrekim.com*
*marcus.green@kobrekim.com*
*josef.klazen@kobrekim.com*

*Attorneys for ConocoPhillips Petrozuata B.V.,
ConocoPhillips Hamaca B.V., and ConocoPhillips Gulf of
Paria B.V.*