UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONOCOPHILLIPS PETROZUATA B.V., et al.,

    *Petitioners*,

    v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    *Respondent*.

Civil Action No. 1:19-cv-0683 (CJN)

# ORDER

This matter is before the Court on Petitioners' Motion for Default Judgment, ECF No. 35. Petitioners seek an order recognizing and enforcing the final Award rendered on March 8, 2019 in the arbitration between Petitioners and the Bolivarian Republic of Venezuela conducted under the ICSID in Case No. ARB/07/30, captioned *ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Company v. Bolivarian Republic of Venezuela*.

For the reasons set forth in the accompanying Memorandum Opinion, it is

**ORDERED** that Petitioners' Motion is **GRANTED**. It is further

**ORDERED** that the Court **RECOGNIZES** and **ENFORCES** the Award pursuant to 22 U.S.C. § 1650a. It is further

**ORDERED** that, in accordance with the pecuniary obligations of the Award, Venezuela shall pay to the Petitioners:

    i.    Damages as awarded by the Tribunal in the amount of $8,505,945,292;[1]

    ii.    Interest on the sum of $8,505,945,292, as follows:

        a.    Interest on the sum of $8,366,137,393 from May 7, 2019 to the date of this Judgment, at an annual rate of 5.5% compounded annually; and

        b.    Simple interest on the sum of $139,807,899 from May 7, 2019 to the date of this Judgment, at 12-month LIBOR;

    iii.    Reimbursement of Petitioners' payments of arbitration costs and a portion of their legal fees in the amount of $21,744,405.72;

    iv.    Simple interest on the sum of $21,744,405.72 from May 7, 2019 to the date of this Judgment, at an annual rate of 3%; and

    v.    Post-judgment interest pursuant to 28 U.S.C. § 1961 on all the above amounts from the date of this Judgment until full payment.

It is further **ORDERED** that the Clerk enter Judgment for Petitioners consistent with this Order.

DATE: August 19, 2022

CARL J. NICHOLS
United States District Judge

---

[1] All amounts are USD.