

**United States Department of State**

*Washington, D.C. 20520*

July 18, 2023

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Re: *ConocoPhillips Petrozuata B.V., et al. v. The Bolivarian Republic of Venezuela,*
1:19-cv-0683 (CJN)

Dear Ms. Caesar:

I am writing regarding the Court's request pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) for transmittal of a Memorandum Opinion, Order, and Judgment in a Civil Action to the Bolivarian Republic of Venezuela as a defendant in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State diplomatic note to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela, an accredited representative put forward by the National Assembly to represent the Bolivarian Republic of Venezuela to the United States. The diplomatic note was dated June 28, 2023, and delivered on July 13, 2023.  A Certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

RECEIVED
Mail Room
JUL 19 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

Cc:  Elliot Friedman
     Freshfields Bruckhaus Deringer US LLP
     601 Lexington Ave., 31st Floor
     New York, NY 10022



United States Department of State

*Washington, D.C. 20520*

## **CERTIFICATION OF DIPLOMATIC NOTE**

I, Kim Furnish, Acting Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated June 28, 2023 and delivered to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela in Washington, DC on July 13, 2023.

Kim Furnish, Acting Managing Director
Directorate of Overseas Citizens Services

July 17, 2023